UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Thomas E. Perez,<br><br>          Plaintiff<br><br>v.<br><br>Elite Moving and Storage, Inc.,<br><br>          Defendant | 2:15-cv-01577-JAD-VCF<br><br>**Order Confirming Closed Case**<br><br>[ECF No. 8] |

     U.S. Secretary of Labor Thomas Perez brought this case to enforce an administrative subpoena duces tecum issued by the Wage and Hour Division of the U.S. Department of Labor against Elite Moving and Storage, Inc.[1] This case was consolidated as a member case under the declaratory-relief case that had been previously filed by Elite: 2:15-cv-01152-JAD-VCF (Lead Case).[2] Elite voluntarily dismissed the Lead Case on May 10, 2016.[3]

     Perez then filed notice in this case that Elite had complied with the court's November 2, 2015, order in the Lead Case to produce documents in response to the subpoena that is the subject of this enforcement case, and it asks that I close this case.[4] But the docket reflects that this case was administratively closed when Elite voluntarily dismissed the Lead Case. Accordingly, this case is closed and no further court action is required.

     DATED: June 6, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 3.

[2] ECF No. 5.

[3] ECF No. 20 in 2:15-cv-01152-JAD-VCF.

[4] ECF No. 8.